**STATEMENT OF FACTS**

On May 10, 2006, at about 1:45 p.m., sworn officer with the Metropolitan Police Department's Third District saw defendant Kevin Ayers, enter a store located in the 2700 block of 14th Street, N.W., Washington, D.C. Officers, knowing the defendant had an outstanding D.C Superior Court arrest warrant, entered the store to place the defendant under arrest. After a brief struggle with officers, the defendant was placed under arrest. Recovered from the defendant's person was a set of keys and $50.00 in U.S. Currency. The keys had a keychain on it with the description of the car. Officers located the locked car in the 1300 block of Fairmont Street, N.W. When officers looked through the front passenger window of the car, they saw a clear piece of plastic containing large white chunks of a white rock-like substance that appeared to be crack cocaine underneath the armrest. Officers notified the Secret Service Crime Scene, who arrived and used the car keys covered from the defendant to enter the car. Officers recovered the suspected crack cocaine from the car, and a portion field tested positive for cocaine. Also recovered from under the armrest next to the drugs was $600.00 in U.S. Currency and the defendant's D.C. driver's permit. The approximate weight of the suspected crack cocaine was 75.7 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others, rather used exclusively by the defendant.

                        OFFICER RICHARD FESER
                        THIRD DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE
ME ON THIS ___ DAY OF MAY, 2006.

                        U.S. MAGISTRATE JUDGE