UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | MAG NO 06-0209 (JMF) |
| : | |
| **KEVIN D AYERS**, : | |
| : | |
| Defendant. : | |

**MOTION TO DISMISS COMPLAINT**

KEVIN D. AYERS, by his attorney, Tony W. Miles, Assistant Federal Public Defender, respectful moves this Honorable Court to dismiss with prejudice the criminal complaint filed against Mr. Ayers. In support of this Motion, Mr. Ayers, through undersigned counsel, states as follows:

1. On May 10, 2006, Kevin D. Ayers was arrested for an offense which was charged in a criminal complaint filed in the United States District Court for District of Columbia. The criminal complaint charges Mr. Ayers with unlawfully possessing with intent to distribute cocaine base, in violation of 21 U.S.C. § 841 (a)(1).

2. On May 11, 2006, Mr. Ayers appeared before United States Magistrate Judge Alan Kay for his initial appearance. Mr. Ayers had his preliminary and detention hearings on May 16, 2005. After the May 16 hearing, the Magistrate Court found probable cause and held Mr. Ayers's case over for any potential Grand Jury action.

3. As of June 12, 2006, more than 30 days after Mr. Ayers's arrest, an indictment has not been returned against him.

4.  Pursuant to 18 U.S.C. § 3161(b), any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges.  Because the government has failed to indict Mr. Ayers within 30 days of his arrest in this case, Mr. Ayers respectfully moves this Court to dismiss the criminal complaint filed against him as mandated by 18 U.S.C. § 3162(a)(1).  18 U.S.C. § 3162(a)(1) provides that "[I]f, in the case of any individual against whom a complaint is filed charging such individual with an offense, no indictment or information is filed within the time limit required ... such charge against that individual contained in such complaint shall be dismissed or otherwise dropped."  Accordingly, Mr. Ayers respectfully requests that the complaint be dismissed with prejudice.

For the above stated reasons, Mr. Ayers respectfully requests that this Court dismiss with prejudice the complaint filed against him as required by 18 U.S.C. § 3162(a)(1).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/S/
_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, DC  20004
(202) 208-7500