**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **MAG NO 06-0209 (AK)** |
| : | |
| **KEVIN D. AYERS,** : | |
| : | |
| **Defendant.** : | |

## O R D E R

**AND NOW**, this     day of June, 2006, it is hereby **ORDERED** that Mr. Ayers' Motion To Dismiss is hereby granted;

**IT IS FURTHER ORDERED** that the criminal complaint filed on May 11, 2006 is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

_____
JOHN M. FACCIOLA
United States Magistrate Court Judge


cc:  Angela George, AUSA
     Tony W. Miles, AFPD