UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KEVIN D. AYERS,

Defendant.

M-06-209 (JMF)

**FILED**

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SHOW CAUSE

Presently before the Court is defendant's Motion to Dismiss Complaint [#4] with prejudice pursuant to 18 U.S.C. § 3162(a)(1) on the ground that the government failed to indict him within thirty days of his arrest in this case. To assist the Court with resolving defendant's motion, the United States is, hereby, **ORDERED** to show cause, within ten days from the date of this order, why the complaint should not be dismissed without prejudice.

**SO ORDERED.**

/s/ John M. Facciola
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 13, 2006